970

No. 81–1717.  AMERICAN BANK & TRUST CO. ET AL. *v.*
DALLAS COUNTY ET AL.; BANK OF TEXAS ET AL. *v.* CHILDS
ET AL.; and WYNNEWOOD BANK & TRUST ET AL. *v.* CHILDS
ET AL.  Ct. App. Tex., 5th Sup. Jud. Dist.  The Solicitor
General is invited to file a brief in these cases expressing the
views of the United States.  JUSTICE O'CONNOR took no
part in the consideration or decision of this order.

No. 81–969.  WASHINGTON ET AL. *v.* UNITED STATES.
Appeal from C. A. 9th Cir.  Probable jurisdiction noted.

No. 81–1590.  BOLGER ET AL. *v.* YOUNGS DRUG PROD-
UCTS CORP.  Appeal from D. C. D. C.  Probable jurisdic-
tion noted.

No. 81–1020.  EXXON CORP. ET AL. *v.* EAGERTON, COM-
MISSIONER OF REVENUE OF ALABAMA, ET AL.; and
No. 81–1268.  EXCHANGE OIL & GAS CORP. ET AL. *v.*
EAGERTON, COMMISSIONER OF REVENUE OF ALABAMA.
Appeals from Sup. Ct. Ala.  Probable jurisdiction noted,
cases consolidated, and a total of one hour allotted for oral ar-
gument.  Reported below: 404 So. 2d 1.

No. 81–1756.  LEHR *v.* ROBERTSON ET AL.  Appeal from
Ct. App. N. Y.  Further consideration of question of juris-
diction postponed to hearing of case on the merits.

No. 81–1284.  EICKE *v.* EICKE.  Ct. App. La., 3d Cir.
Certiorari granted.

No. 81–1627.  SHEPARD *v.* NATIONAL LABOR RELATIONS
BOARD ET AL.  C. A. D. C. Cir.  Certiorari granted.